# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| INMATE # 202004786 | CASE NUMBER |
|---|---|
| Christopher Deshawn Butler | ED CV 20-1059 MWF (MRW) |
| **PLAINTIFF(S)** | |
| v. | |
| County of Riverside | **ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES** |
| **DEFENDANT(S)** | |

IT IS ORDERED that the Request to Proceed Without Prepayment of Filing Fees is hereby GRANTED.

IT IS FURTHER ORDERED that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).

_____   _____
Date                                        United States Magistrate Judge

---

IT IS RECOMMENDED that the Request to Proceed Without Prepayment of Filing Fees be DENIED for the following reason(s):

- ☐ Inadequate showing of indigency.
- ☐ Failure to authorize disbursements from prison trust account to pay the filing fees.
- ☐ Failure to provide certified copy of trust fund statement for the last six (6) months.
- ☒ District Court lacks jurisdiction.
- ☐ Other _____

- ☒ Frivolous, malicious, or fails to state a claim upon which relief may be granted.
- ☐ Seeks monetary relief from a defendant immune from such relief.
- ☐ Leave to amend would be futile.
- ☐ This denial may constitute a strike under the "Three Strikes" provision governing the filing of prisoner suits. *See O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008).

Comments:
See attached statement of decision.

May 27, 2020                              /s/ Michael R. Wilner
Date                                        United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed Without Prepayment of Filing Fees is:

- ☐ **GRANTED. IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $ _____ must be paid within thirty (30) days of the date this order is filed. Failure to remit the initial partial filing fee may result in dismissal of the case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2).
- ☐ **DENIED.** Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
- ☒ **DENIED, and this case is hereby DISMISSED immediately.**
- ☐ **DENIED, with leave to amend within 30 days.** Plaintiff may re-submit the IFP application and Complaint to this Court, if submitted with the Certified Trust Account Statement and Disbursement Authorization. Plaintiff shall utilize the same case number. If plaintiff fails to submit the required documents within 30 days, this case shall be DISMISSED.

May 29, 2020                              /s/ Michael W. Fitzgerald
Date                                        United States District Judge

CV-73P (08/16)                        ORDER RE REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES

Plaintiff's abbreviated civil complaint alleges that he is entitled to recovery from a historic (2013) class action case involving Riverside County jails. The complaint is unintelligible, and pleads no facts to support a claim regarding any alleged misconduct, class membership, or comprehendible cause of action.

The Court notes Plaintiff's history of filing frivolous actions in this district court. See Butler v. County of Riverside, ED CV 16-424 MWF (AJW) (C.D. Cal.) ("no discernable facts"); Butler v. Sheriff Dep't, ED CV 13-2137 UA (SH) (C.D. Cal.) ("patently factually frivolous"); Butler v. Sheriff Dep't, ED CV 13-2153 MWF (AJW) (C.D. Cal.) ("allegations were indecipherable").